UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 APR -2  P 4: 02

CALVIN LEWIS

VERSUS

EAST BATON ROUGE PARISH PRISON

CIVIL ACTION

NO. 07-54-D-M1

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated January 24, 2007 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to 42 U.S.C. § 1997e(e) and 28 U.S.C. § 1915(e)(2)(B)(ii).

Baton Rouge, Louisiana, this 2nd day of April, 2007.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE